IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MARCO VERCH, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-167 |
| ALPHA AND OMEGA VISION CENTER, LLC d/b/a Insight Family Eye Care, and MH SUB I, LLC d/b/a Internet Brands, | * | |
| Defendants. | * | |

O R D E R

Before the Court is Plaintiff's notice of dismissal without prejudice as to Defendant MH Sub I, LLC d/b/a Internet Brands ("Internet Brands"). (Doc. 11.) Federal Rule of Civil Procedure 41 governs the dismissal of actions including notices of dismissal. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss a case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Furthermore, "Rule 41(a) allows a district court to dismiss all claims against *a particular defendant*." City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted).

This motion was filed prior to Defendant Internet Brands serving an answer or a motion for summary judgment. Upon due

consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Internet Brands. The Clerk is **DIRECTED** to **TERMINATE** Defendant Internet Brands as a party to this case. Plaintiff and Defendant Internet Brands shall bear their own costs and fees with respect to each other except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of December, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA